UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                        Criminal No. 09-cr-41-(1/5)-JL

<u>Sandy Rodriguez Brito et al</u>

<u>O R D E R</u>

The partially assented to motion to reschedule jury trial (document no. 22) filed by defendant is granted. The continuance is limited to 60 days.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                      _____
                                                      Joseph N. Laplante
                                                      United States District Judge

Date:  April 23, 2009

cc:  Liam D. Scully, Esq.
     Richard F. Monteith, Jr., Esq.
     Patrick Shanley, Esq.
     Debra M. Walsh, Esq.
     Donald A. Feith, Esq.
     U.S. Marshal
     U.S. Probation